UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: | ) |
| CASAS CRIOLLAS INC | )  08-07568  -ESL |
| EIN: 66-0427259 | )  Chapter 7 |
| | ) |
| | ) |
| Debtor(s). | ) |

## TRUSTEE INTERIM REPORT

The Trustee, hereby files his Individual Estate Property Record and Report (Form 1) for the six month reporting period ending 12/31/2012. This report is intended to provide parties in interest with a general accounting of the Trustee's case administration.

Column 1: Asset Description (Scheduled and Unscheduled Property):  This is a listing of all the Debtor's interest in assets from the petition, schedules, and statement of financial affairs. Also listed are unscheduled assets discovered by the Trustee, income of the estate (including post-petition interest on bank accounts), and claims which the estate may possess.

Column 2: Petition/Unscheduled Values:  Column 2 reflects the dollar value of each asset, as first assigned by Debtor in the filed Schedules, or by the Trustee's initial estimate of values in the case of unscheduled assets. Scheduled values are often unreliable and may change significantly throughout the course of Trustee's investigation and administration.

Column 3: Estimated Net Value(Value Determined by Trustee Less Liens, Exemptions and Other Costs:  Column 3 reflects the value of each asset as determined by the Trustee minus any appropriate adjustment. This value represents the Trustee's best initial estimate of **net** sale or liquidation value of the asset. Actual liquidation value may differ as a result of market conditions at the time of sale, costs of recovery, storage, insurance and sale.

Column 4: Property Formally Abandoned:  If this column is blank it means either that (1) Trustee intends to administer the asset, (2) Trustee has not decided, or (3) Trustee has already liquidated the asset. An entry of "OA" indicates the property has or will be formally abandoned under 11 U.S.C. 554 (a).

Column 5: Sales/Funds Received by the Estate:  Column 5 indicates the **gross** amount of proceeds received from the liquidation of each asset regardless of amounts paid out to secured creditors or for expenses.

Column 6: Asset Fully Administered/Gross Value of Remaining Assets:  When an asset has been fully administered either by liquidation, formal abandonment, or the Trustee has reached a decision to abandon at closing of the estate, the entry "FA" will be listed in Column 6. For assets still being administered, column 6 reflects the Trustee's current best estimate of the **gross** value. Actual liquidation value may differ as a result of market conditions at the time of sale. Note: The difference between Columns 3 and 5 does not necessarily equal the figure in Column 6.

Other Information:  Note that the Trustee has provided information about matters pending in the case and projected date for filing the Trustee's Final Report (TFR).

Dated: February 5, 2013         Respectfully Submitted,

/s/ WIGBERTO LUGO-MENDER

WIGBERTO LUGO-MENDER, Chapter 7 Trustee
CENTRO INTERNACIONAL DE MERCADEO
RD 165 TORRE I SUITE 501
GUAYNABO, PR  00968
787-707-0404/ Fax 787-707-0412
E-Mail: wlugo@ecf.epiqsystems.com

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 08-07568 ESL Judge: ENRIQUE S. LAMOUTTE | Trustee Name: | WIGBERTO LUGO-MENDER |
|---|---|---|---|
| Case Name: | CASAS CRIOLLAS INC | Date Filed (f) or Converted (c): | 01/28/09 (c) |
| | | 341(a) Meeting Date: | 03/18/09 |
| For Period Ending: | 12/31/12  (8th reporting period for this case) | Claims Bar Date: | 06/16/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Accounts Receivable- Due from JJH Imports Corp DBA Masiones del Patio | 850,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. Vehicle- 1984 Tailex Trailer PRUNKNXN 2499378  Plate 81768A | 1.00 | 0.00 | | 0.00 | 0.00 |
| 3. Vehicle- 1990 Ford TK LT90000 Heavy Truck Serial 1FDYL90AXLVA02185  Plate 96086H | 19,900.00 | 0.00 | | 0.00 | 0.00 |
| 4. Vehicle- 1990 Mack Truck 1M1AA05Y6LW007231 Plate #25033R | 29,500.00 | 0.00 | | 0.00 | 0.00 |
| 5. Vehicle- 1991 Ford FT900 Heavy Truck Serial #1FDVL90A1MVA05588 Plate H04600 | 9,000.00 | 0.00 | | 0.00 | 0.00 |
| 6. Vehicle- 1993 Ford F150 Light Truck Serial #2FTEF15Y5PCA78690 Plate #576587 | 3,450.00 | 0.00 | | 0.00 | 0.00 |
| 7. Vehicle- 1996 Ford FT900 Heavy Truck Serial #1FDY99E3TVA22555  H07211 | 9,000.00 | 0.00 | | 0.00 | 0.00 |
| 8. Vehicle- 1996 Ford FT900 Heavy Truck Serial #1FDYL90E3TVA2255 | 12,500.00 | 0.00 | | 0.00 | 0.00 |
| 9. Vehicle- 1999 International Truck Heavy Truck 1HTSCABM7XH557542 Plate H25555 | 16,660.00 | 0.00 | | 0.00 | 0.00 |
| 10. Vehicle- 2000 Ford Ranger Light Truck Serial #1FTYR10V1VT849313 Plate 679177 | 1,875.00 | 0.00 | | 0.00 | 0.00 |
| 11. Vehicle- 2003 Ford F750 Heavy Truck Serial #3FDXF75NX3N805619 Plate H34910 | 42,900.00 | 0.00 | | 0.00 | 0.00 |
| 12. Vehicle- 2004 Ford F-350 Heavy Truck Serial #1FDWF37P44EA59599 Plate H39286 | 18,999.00 | 0.00 | | 0.00 | 0.00 |
| 13. Residential apartment located at Harbour Point Apartment A-404 Palmas del Mar on Humacao | 463,000.00 | 0.00 | OA | 0.00 | FA |

LFORM1

Ver: 17.01

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

| Case No: | 08-07568 ESL Judge: ENRIQUE S. LAMOUTTE | Trustee Name: | WIGBERTO LUGO-MENDER |
| --- | --- | --- | --- |
| Case Name: | CASAS CRIOLLAS INC | Date Filed (f) or Converted (c): | 01/28/09 (c) |
| | | 341(a) Meeting Date: | 03/18/09 |
| | | Claims Bar Date: | 06/16/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. Residential apartment located at Harbour Point Apartment 405 Palmas del Mar on Humacao | 473,000.00 | 0.00 | OA | 0.00 | FA |
| 15. Vehicle- Lexus 460 2007 (u) | 0.00 | 0.00 | OA | 0.00 | FA |
| 16. Vehicle- BMW X5 2007 (u) | 0.00 | 0.00 | OA | 0.00 | FA |
| 17. Vehicle- Lincoln Navigator 2007 (u) | 0.00 | 0.00 | OA | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $1,949,785.00     $0.00     $0.00     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee still liquidating estate assets. Objection to claims and closing dependent of this process.

Initial Projected Date of Final Report (TFR): 06/30/11     Current Projected Date of Final Report (TFR): 12/31/12

/s/    WIGBERTO LUGO-MENDER
_____ Date: 02/05/13

WIGBERTO LUGO-MENDER
CENTRO INTERNACIONAL DE MERCADEO
RD 165 TORRE I SUITE 501
GUAYNABO, PR 00968
Phone: (787) 707-0404
Email: wlugo@ecf.epiqsystems.com

LFORM1          Ver: 17.01